Entered: March 20, 2015
Signed: March 20, 2015

**SO ORDERED**
**THE SUSPENSION OF PROCEEDINGS IN THIS COURT IS SUBJECT TO FURTHER ORDER OF THIS COURT.**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 14-22934-NVA<br>) Chapter 7<br>)<br>) |
| JILL K. GODEN, | |
| Debtor. | |

### ORDER GRANTING MOTION TO SUSPEND ALL PROCEEDINGS IN CASE

This matter is before the Court on the Motion to Suspend All Proceeding in Case (the "Motion") filed Chapter 7 Debtor Jill K. Goden. In the Motion, the Debtor seeks entry of an order suspending all proceedings in this bankruptcy case until after final resolution of the litigation currently pending in the United States District Court for the District of Maryland captioned *Rullan v. Goden, et al.*, Case No. 1:12-cv-02412-CCB (the "District Court Case").

The Court, having considered the Motion and opposition thereto, if any, it is hereby:

**ORDERED, ADJUDGED and DECREED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that all proceedings in the above-captioned case, No. 14-22934, including, but not limited to, Adversary Proceeding No. 14-00881, the Trustee's Notice of Sale to Fred Greenberg Ownership Interests in and Claims Against TRI, YWL and YWI and in

CORE/3003125.0002/105383932.1

Dissolution Lawsuits, the Debtor's Motion to Voluntarily Dismiss Case and Related Adversary Proceeding, and all related discovery are suspended until after the sooner of i) entry of a final judgment in the District Court Case, or ii) dismissal of the District Court Case; and it is

**FURTHER ORDERED** that the Debtor shall notify the Court when either judgment or dismissal is entered in the District Court Case.

Copies to:

Katherine M. Sutcliffe Becker, Esq.
katherine.becker@stinsonleonard.com

Office of the United States Trustee
101 W. Lombard Street, Ste. 2625
Baltimore, MD 21201

Orbie R. Shively, Esq.
oshively@lspa.comcastbiz.net

Jeffrey S. Greenberg, Esq.
jsgreenberg@ober.com

Kimberly B. Lane, Esq.
klane@siwpc.com

Brent C. Strickland, Esq.
bstrickland@wtplaw.com

ASC Mortgage
PO Box 10388
Des Moines, IA 50306-0388

Ally Bank
PO Box 380902
Minneapolis, MN 55438-0902

Ally Financial serviced by Ally Servicing LL
PO Box 130424
Roseville, MN 55113-0004

American InfoSource LP as agent for
First Data Global Leasing
PO Box 248838
Oklahoma City, OK 73124-8838

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Choharis Law Group
1101 17th St NW
Ste 1220
Washington, DC 20036-4721

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

Credit Control
11821 Rock Landing Dr
Newport News, VA 23606-4207

Deputy County Attorney
Baltimore County Office of Law
400 Washington Avenue, 2nd Floor
Towson, MD 21204-4606

Eric Goden
12119 Heneson Garth
Owings Mills, MD 21117-1631

Fred Greenberg
12119 Heneson Garth
Owings Mills, MD 21117-1631

Frontier Communications
Bankruptcy Dept
19 John Street
Middletown, NY 10940-4918

Greentree
332 Minnesota St Ste E610
Saint Paul, MN 55101-1311

CORE/3003125.0002/105383932.1

Greentree
PO Box 6172
Rapid City, SD 57709-6172

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jonathan Davidoff, Esq
228 E 45th St
New York, NY 10017-3303

Luis (Janer) Rullan
c/o Peter Choharis, Esquire
Choharis Law Group, PLLC,
1101 17th Street, N.W., Suite 1220
Washington, D.C 20036-4721

Nordstrom
PO Box 13589
Scottsdale, AZ 85267-3589

Nordstrom Bank Col Svc
PO Box 6555
Englewood, CO 80155-6555

R&R Prof Rec
PO Box 21575
Baltimore, MD 21282-1575

SECU
7906 Rossville Blvd
Nottingham, MD 21236-3930

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2201

Supervisor of Delin. Accts.
Rm. 1 Municipal Building
Holliday & Lexington Streets
Baltimore, MD 21202

US Food
c/o Amato Keating and Lessa
4232 Northern Pike
Ste 202
Monroeville, PA 15146-2720

Wells Fargo Home Mortgage
POB 10328
Des Moines, IA 50306-0328

George W. Liebmann
Liebmann & Shively, P.A.
8 W Hamilton Street
Baltimore, MD 21201-5008

Jeffrey P. Nesson
Law Office of Jeffrey P. Nesson
11421 Reisterstown Rd
Owings Mills, MD 21117-1834

Jill K. Goden
12119 Heneson Garth
Owings Mills, MD 21117-1631

**END OF ORDER**